No. 443. DUNN *v.* OHIO. Jurisdictional statement submitted October 20, 1930. Decided October 27, 1930. *Per Curiam:*

The appeal herein is dismissed for the want of a substantial federal question. *Griffith* v. *Connecticut,* 218 U. S. 563; *Mutual Loan Co.* v. *Martell,* 222 U. S. 225, 233; *Morgan* v. *Georgia,* 281 U. S. 691. The petition for a writ of certiorari in this cause is denied. *Messrs. Rufus S. Day* and *W. E. Minshall* for appellant. *Messrs. Gilbert Bettman, Frank R. Hubachek, Henry S. Brainard,* and *Alfred Clum* for respondent.